UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
   K.I.,

                                  Plaintiff,

              -against-                      23 Civ. 1777 (LGS)

                                                ORDER

   BHARAT TYAGI,

                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendant was served on March 22, 2023, and has not appeared in this action;

       WHEREAS, Plaintiff started the default judgment procedure, pursuant to the Order dated April 20, 2023.  It is hereby

       **ORDERED** that the initial pretrial conference scheduled for June 21, 2023, at 4:00 P.M. is CANCELLED.

Dated: June 16, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE