UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   K.I.,

                               Plaintiff,

                  23 Civ. 1777 (LGS)

           -against-

                  ORDER

   BHARAT TYAGI,

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 16, 2023, Plaintiff moved for default judgment against Defendant Tyagi.  It is hereby

       **ORDERED** that, by **August 2, 2023**, Plaintiff shall file a letter, not to exceed three pages, providing the basis for personal jurisdiction over Tyagi.

Dated: July 26, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE