IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **K.I.**, <br><br> *Plaintiff,* <br><br> v. <br><br> **BHARAT TYAGI**, <br><br> *Defendant.* | **Civil No. 1:23-cv-02383-JRR** |

## ORDER

Pending before the court is Plaintiff's unopposed Motion For Leave to Appear Anonymously. (ECF No. 2; the "Motion.")  The court has reviewed all papers.  No hearing is necessary.  Local Rule 105.6 (D. Md. 2023).  For the reasons set forth in the accompanying memorandum opinion, it is this 30th day of January 2024:

**ORDERED** that the Motion (ECF No. 2) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that Plaintiff shall be identified only as "K.I." in all public filings; and further it is

**ORDERED** that any document that identifies Plaintiff by name, in whole or in part, shall be filed under seal, with redacted copies to be placed in the public file.

/S/
_____
Julie R. Rubin
United States District Judge