☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

10:18 am, Feb 09 2024
AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| K.I **Plaintiff** | * | |
| v. | * | Civil No.:  23-cv-02383-JRR |
|  | * | |
| Bharat Tyagi **Defendants** | | |

******

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of K.I. that the summons and Complaint were properly served upon the above named Defendant on <u>March 22, 2023</u>, and that the time for said Defendant to plead or otherwise defend expired on <u>April 12, 2023</u>, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this <u>  9th  </u> day of <u>February, 2024.</u>

CATHERINE M. STAVLAS, CLERK

By: _____/s/_____
Y. Kelly, Deputy Clerk