IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| K. I., | * |
| Plaintiff, | * |
| v. | * Civil Action No. JRR-23-2383 |
| BHARAT TYAGI, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

It is this 8th day of May 2024, ORDERED that an in-person hearing on the Motion for Default Judgment filed by Plaintiff, K.I., is scheduled for August 29, 2024, at 10:00 a.m. Any party in attendance should be prepared to support their claims regarding liability and damages or otherwise defend their case. This includes presenting any documents, testimony, or other evidence supporting their claims, any memorandum filed in accordance with Federal Rule of Civil Procedure 55(b) and Local Rule 108.2, and any further material(s) related to Plaintiff's claims and requests for both liquidated and punitive damages. The Clerk is directed to mail a copy of this order to Defendant.

/S/
Charles D. Austin
United States Magistrate Judge